# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

RECEIVED MAR 26 2020 U.S. Marshals Service, EDNC

UNITED STATES OF AMERICA

V.

ADAM LEE MCREE
a/k/a "Kevin Keith Vaughn"

SEALED
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:20-CR-00142-1M(4)

To: The United States Marshal and any Authorized United States Officer, YOU ARE HEREBY COMMANDED to arrest

__ADAM LEE MCREE__ and he/she shall be brought before the nearest Magistrate/Judge to answer an

 X  SEALED Indictment ____ Superseding Indictment ____ Criminal Information __ Complaint

____ Order of Court: ____ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a Firearm by a Convicted Felon
Count 2 - 21 U.S.C. § 841(a)(1): Possess With the Intent to Distribute Quantities of Marijuana and Methylenedioxymethamphetamine (MDMA) and Quantities of Cocaine, Methamphetamine, Oxycodone and Dexamphetamine, Xanax and a Quantity of a Mixture and Substance Containing a Detectable Amount of Heroin and Fentanyl.
Count 3 - 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

MARCH 25, 2020 - WILMINGTON, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 3/26/20 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 8/11/20 | J. Silver, ATF | S. Bowyer, USMS |

FILED

AUG 12 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK