THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-142-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NOTICE OF APPEAL OF |
| VS. | ) | DETENTION ORDER |
| | ) | |
| | ) | |
| ADAM LEE MCREE, | ) | |
| Defendant. | ) | |

NOW COMES the defendant, by and through his undersigned counsel, and respectfully files Notice of Appeal from the detention order entered on August 17, 2020 by Magistrate Judge Robert T. Numbers, II, to the United States District Court for a *de novo* hearing on the matter of release or detention, pursuant to the provisions of 18 U.S.C. 3145(b) and *United States v. Clark,* 865 F.2d 1433, 1438 (4th Cir. 1989).


Dated: August 21, 2020        Respectfully submitted.

By:   /s/ Jamie L. Vavonese

Jamie L. Vavonese
NC State Bar No. 34264
VAVONESE LAW FIRM, PC
PO BOX 1656
Raleigh, NC 27602
(919) 833-7454
(919)833-7457 (Fax)
jlv@vavolaw.com

Appointed Attorney for Defendant Adam Lee McRee

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 21st day of August, 2020, the foregoing Notice of Appeal of Detention Hearing was served through the electronic service function of the Court's electronic filing system as follows:

Brandon Boykin
Assistant United States Attorney
310 New Bern Ave, Suite 800
Raleigh, NC 27601

This the 21st day of August, 2020

By: /s/ Jamie L. Vavonese
Appointed Counsel for Adam Lee McRee