# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON, NORTH CAROLINA

## THE HONORABLE RICHARD E. MYERS II
## UNITED STATES DISTRICT JUDGE PRESIDING

Motions to continue, either by attorneys or the United States Probation Office, are to be submitted to the court at least **seven (7) business** days prior to the beginning of a session, absent exigent circumstances. Motions to continue filed after the deadline will **not** be considered until counsel appears for the hearing at the scheduled date and time.

## CRIMINAL SESSION COMMENCING ON
## TUESDAY, OCTOBER 6, 2020 AT 10:00 A.M.
## COURTROOM #160

**Please notify the Clerk's Office if a defendant is in state or federal custody or if an interpreter is required and has not been noted on the calendar.**

**TUESDAY, OCTOBER 6, 2020 AT 10:00 A.M.**
**ARRAIGNMENT**

| NAME | FILE NO. |
|---|---|
| BENITEZ-ZUNIGA, Luis Alberto | 5:20-CR-232-1 |

**\*\*\*INTERPRETER REQUESTED\*\*\***
    AUSA: Thomas L. Crosby
    ATTY: Jorgelina E. Araneda

**TUESDAY, OCTOBER 6, 2020 AT 10:30 A.M.**
**ARRAIGNMENT**
MAYFIELD, William Leon      5:20-CR-230-1
    AUSA: Robert J. Dodson
    ATTY: Sonya M. Allen

**TUESDAY, OCTOBER 6, 2020 AT 11:00 A.M.**
**ARRAIGNMENT**
**ALSTON,** Anthony Wayne                                        5:20-CR-261-1
    AUSA: Daniel W. Smith
    ATTY: Sonya M. Allen


**TUESDAY, OCTOBER 6, 2020 AT 11:30 A.M.**
**ARRAIGNMENT**
**COZART,** Jerome                                               5:20-CR-293-1
    AUSA: Robert J. Dodson
    ATTY: Rosemary Godwin


**TUESDAY, OCTOBER 6, 2020 AT 12:00 P.M.**
**ARRAIGNMENT**
**RASBERRY,** Keymoni Diquez                                     5:20-CR-271-1
    AUSA: Daniel W. Smith
    ATTY: Rosemary Godwin


**TUESDAY, OCTOBER 6, 2020 AT 2:00 P.M.**
**ARRAIGNMENT**
**RHODES,** Anthony Devon                                        5:20-CR-264-1
    AUSA: Daniel W. Smith
    ATTY: Clarence Colon Willoughby Jr.


**TUESDAY, OCTOBER 6, 2020 AT 2:30 P.M.**
**ARRAIGNMENT**
**GUNTER,** Zaire Trevon Alexa                                   5:20-CR-80-1
    AUSA: Daniel W. Smith
    ATTY: Christopher J. Locascio


**TUESDAY, OCTOBER 6, 2020 AT 3:00 P.M.**
**ARRAIGNMENT**
**MALLOY,** Darrius                                              5:20-CR-322-1
    AUSA: Daniel W. Smith
    ATTY: Joseph L. Ross II

**TUESDAY, OCTOBER 6, 2020 AT 3:30 P.M.**
**ARRAIGNMENT**
**EDWARDS,** Nicholas Travon                                           5:20-CR-262-1
    AUSA: Daniel W. Smith
    ATTY: Robert E. Waters


**WEDNESDAY, OCTOBER 7, 2020 AT 10:00 A.M.**
**PLEA TO CRIMINAL INFORMATION**
**ELLINGSON,** John Steven                                             5:20-CR-397-1
    AUSA: Scott A. Lemmon
    ATTY: H. Gerald Beaver


**WEDNESDAY, OCTOBER 7, 2020 AT 10:30 A.M.**
**ARRAIGNMENT**
**MCREE,** Adam Lee                                                    5:20-CR-142-1
    AUSA: Brandon L. Boykin
    ATTY: Jamie L. Vavonese


**WEDNESDAY, OCTOBER 7, 2020 AT 11:00 A.M.**
**ARRAIGNMENT**
**EVANS,** Cameron Denzel                                              4:20-CR-71-3
    AUSA: John Alfred Parris
    ATTY: Thomas Courtland Manning


**WEDNESDAY, OCTOBER 7, 2020 AT 11:30 A.M.**
**ARRAIGNMENT**
**CAPUANO,** Frank Anthony                                             7:20-CR-73-1
    AUSA: Bryan M. Stephany
    ATTY: Daniel Donahue


**WEDNESDAY, OCTOBER 7, 2020 AT 12:00 P.M.**
**ARRAIGNMENT**
**FENNELL-BEST,** Isaiah Jeremiah                                      7:20-CR-23-1
    AUSA: John David Koesters
    ATTY: H.P. Williams, Jr.

**WEDNESDAY, OCTOBER 7, 2020 AT 2:00 P.M.**
**ARRAIGNMENT**
**WILSON III,** Leonard Edward  7:20-CR-23-2
    AUSA: John David Koesters
    ATTY: Hayes S. Ludlum

**WEDNESDAY, OCTOBER 7, 2020 AT 2:30 P.M.**
**ARRAIGNMENT**
**SCOTT,** Donnell Jerome  5:20-CR-63-1
    AUSA: John David Koesters
    ATTY: Curtis R. High

**WEDNESDAY, OCTOBER 7, 2020 AT 3:00 P.M.**
**ARRAIGNMENT**
**FUENTEZ-BUENTELLO,** Osvaldo  7:20-CR-47-1
    AUSA: F. Murphy Averitt III
    ATTY: Joel Merritt Wagoner

**WEDNESDAY, OCTOBER 7, 2020 AT 3:30 P.M.**
**ARRAIGNMENT**
**ARRINGTON,** Jill Thompson  5:20-CR-14-1
    AUSA: Tamika Griffin Moses
    ATTY: Leza Lee Driscoll

**THURSDAY, OCTOBER 8, 2020 AT 10:00 A.M.**
**ARRAIGNMENT**
**BOYKIN,** Brittany Ayana Nicole  7:20-CR-65-1
    AUSA: Evan Rikhye
    ATTY: Kyana K. Givens

**THURSDAY, OCTOBER 8, 2020 AT 10:30 A.M.**
**ARRAIGNMENT**
**BELL,** Aaron  7:20-CR-104-1
    AUSA: Timothy M. Severo
    ATTY: Joshua Brian Howard

**THURSDAY, OCTOBER 8, 2020 AT 11:00 A.M.**
**ARRAIGNMENT**
**WILLIAMS,** Italia                                          7:20-CR-29-3
    AUSA: Timothy M. Severo
    ATTY: Elisa Cyre Salmon


**THURSDAY, OCTOBER 8, 2020 AT 11:30 A.M.**
**SENTENCING**
**NEWLAND,** Sally                                            7:20-CR-39-1
    AUSA: Timothy M. Severo
    ATTY: Bruce Allan Mason