IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-00142-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ADAM LEE MCREE *also known as* ) | |
| KEVIN KEITH VAUGHN ) | |

This matter is before the court on the Government's Motion to Seal [DE-108] the joint Status Report at Docket Entry 107. For good cause shown, the motion is GRANTED. It is hereby ORDERED that Docket Entry 107 be sealed, except that copies may be provided to the Government, the Defendant, and Standby Counsel for the Defendant.

SO ORDERED this 3d day of March, 2021.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE