IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CR-00142-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADAM LEE MCREE *also known as* | ) | |
| KEVIN KEITH VAUGHN | ) | |

This matter is before the court sua sponte for case management. The court held a status conference for counsel of record on August 20, 2021 [DE-142]. At the request of defense counsel, all pro se motions previously filed are deemed WITHDRAWN. Now that Defendant is represented by counsel, the court will no longer accept motions filed directly by Defendant. Going forward all documents sent by Defendant to the court will be docketed as correspondence and made available to defense counsel for review. Any pro se motion for new counsel filed by Defendant must clearly indicate such in the title of the document.

Defense counsel represented at the status conference that they intend to file a motion to suppress. They shall do so on or before October 12, 2021. The court will thereafter issue an order for briefing and status conference in accordance with its Practice Preferences and Procedures, § IV.D. This matter is set for trial at the criminal term of court commencing on November 16, 2021, before the undersigned. Any motions to continue shall be filed at least seven (7) business days prior to the deadline or session, absent exigent circumstances.

The purpose of this continuance is to provide adequate time for new counsel to obtain outstanding discovery, familiarize themselves with Defendant's case, and to ensure effective representation. The ends of justice served by the granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial. For this reason, the resulting period of

delay will be excludable in computing the time within which the trial must commence. 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED this 20th day of August, 2021.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE